**THOMAS J. DALY, CA Bar No. 119684**
tdaly@lewisroca.com
**KURT S. PRANGE, CA Bar No. 328394**
kprange@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Ave., Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

**SIHO "SCOTT" YOO, CA Bar No. 311202**
syoo@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**203 Redwood Shores Parkway, Suite 670**
**Redwood City, CA 94065**
**Telephone: (650) 391-1380**
**Facsimile: (650) 391-1395**

Attorneys for Plaintiff
CLASSIC CONCEPTS, INC. dba CLASSIC HOME

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSIC CONCEPTS, INC. dba CLASSIC HOME, a New Mexico corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>BUNGALOW FIVE, LLC, a Delaware limited liability company,<br><br>       Defendant. | Case No. 2:22-cv-03822<br><br>**COMPLAINT FOR:**<br>1. **FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114];**<br>2. **FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1125(a)];**<br>3. **COMMON LAW TRADEMARK INFRINGEMENT**<br>4. **CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200; AND**<br>5. **CALIFORNIA COMMON LAW UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

1
2
3

Plaintiff Classic Concepts, Inc. dba Classic Home ("Classic Home" or "Plaintiff") by and through its attorneys, asserts this Complaint against Defendant Bungalow Five, LLC ("Bungalow 5" or "Defendant") as set forth below.

4

### THE PARTIES

5
6
7

1.      Plaintiff Classic Home is a corporation organized and existing under the laws of New Mexico having a principal place of business located at 4505 Bandini Blvd., Vernon, California 90058.

8
9
10

2.      On information and belief, Defendant Bungalow 5 is a limited liability company organized and existing under the laws of Delaware with its principal place of business at 95 Mayhill St., Suite #5, Saddle Brook, NJ 07663.

11

### JURISDICTION AND VENUE

12
13
14
15
16

3.      This is an action for trademark infringement under the Lanham Act, 15 U.S.C. § 1114 *et. seq.*, federal unfair competition under the Lanham Act, 15 U.S.C. § 1125 *et seq.*, common law trademark infringement, California state statutory unfair California Business and Professions Code §§ 17200 *et. seq.*, and California state common law unfair competition.

17
18
19
20
21
22
23

4.      This Court has jurisdiction over the subject matter of this lawsuit pursuant to, *inter alia*, 28 U.S.C. §§ 1331 and 1338(a). The state law claims in this action arise from the same common nucleus of operative facts and transactions, such that they form part of the same case or controversy and a plaintiff would ordinarily be expected to try them all in a single judicial proceeding.  Accordingly, this Court has supplemental jurisdiction over Classic Home's state law claims pursuant to 28 U.S.C. § 1367.

24
25
26
27
28

5.      The Court has personal jurisdiction over Bungalow 5 because Bungalow 5 has extensive contacts with and regularly transact business in the State of California.  On information and belief, Bungalow 5 regularly does business as "www.bungalow5.com" and operates its business through an on-line store on its interactive website on the Internet located at the URL "www.bungalow5.com."

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

-1-

1
2
3

On information and belief, through its website, Bungalow 5 regularly advertises its products to and solicits business from California residents, and regularly ships products into this District.

4
5
6
7

6.    This Court has personal jurisdiction over Bungalow 5 because Bungalow 5 purposefully directed its activities at residents of the State of California and this District, and this lawsuit arises out of or relates to its advertising and selling of its home furnishing products in the State of California.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

7.    On information and belief, Bungalow 5 is doing business in the State of California and this District, has purposefully availed itself of the privilege of conducting business with residents of California and this District, *inter alia*, by supplying, distributing, selling, and/or advertising its home furnishing products in the State of California, and as such, has established sufficient minimum contacts with the State of California.  This lawsuit arises out of or relates to Bungalow 5's supplying, distributing, selling, and/or advertising its home furnishing products in the State of California.  Additionally, on information and belief, Bungalow 5 has contracted with resellers, retailers, and/or customers that are doing business in the State of California and this District, to supply, distribute, sell, and/or advertise its home furnishing products in the State of California.  For example, on information and belief, Bungalow 5 is contracted with retailers such as Waadt Appliance and Old Bones Co., which are believed to be located in this District, to supply, distribute, sell, and/or advertise its home furnishing products in the State of California      and       this       District.      *See* http://www.waadtappliance.com/by-brand/bung/Bungalow-5.html;       https://www.oldbonesco.com/products/bethany-large-rectangular-coffee-table?_pos=2&_sid=64fc27f41&_ss=r&variant=39714964799645.

26
27
28

8.    On information and belief, Bungalow 5 has placed and is continuing to place its home furnishing products into the stream of commerce, *inter alia*, via an established distribution channel that includes its California distributors/retailers

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

-2-

such as Waadt Appliance and Old Bones Co., with specific knowledge and/or understanding that such products would reach consumers in the State of California and this District, and are being and will continue to be sold in the State of California and this District.

9.     On information and belief, Bungalow 5 has derived substantial revenues from its sales and advertisement acts in the State of California and this District, including from the sales of its home furnishing products, that constitute infringement of Classic Home's rights in its trademark.  Further, Bungalow 5 maintains a website through which it has offered for sale and continues to offer for sale to consumers in the State of California and this District various home furnishing products, the advertising and sales of which constitute infringement of Classic Home's rights in its trademark.

10.    In addition, this Court has personal jurisdiction over Bungalow 5 because Bungalow 5 has knowingly infringed, and continues to knowingly infringe, Classic Home's trademark rights within the State of California and this District by advertising, marketing, and directing home furnishing products to customers, distributers, resellers, and/or partners in the State of California and this District.  On information and belief, Bungalow 5 is engaged in wrongful conduct targeted at Classic Home whom Bungalow 5 knows to be a resident of California.

11.    Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) as this is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred as set forth above in Paragraphs 5-10.

12.    Venue is also appropriate in this District pursuant to 28 U.S.C. § 1391(b)(3) as Bungalow 5 conducts business in this judicial district and is subject to personal jurisdiction in this judicial district as set forth above in Paragraphs 5-10.

117817414.3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

## FACTUAL BACKGROUND

### Classic Home's VILLA BY CLASSIC HOME Trademark

13.    Classic Home is a leading producer of home furnishings and interior decoration and is in the business of manufacturing, designing, distributing, and selling a variety of unique home furnishing products, including but not limited to, furniture, rugs, bedding, pillows, cushions, art, mirrors, wall decors, and lighting products.  Over the course of thirty years, Classic Home has provided its unique products to consumers and retailers in the United States through the use of extensive advertising campaigns.

14.    Classic Home has invested significant time, effort, and money in advertising its home furnishing products in association with its VILLA BY CLASSIC HOME trademark.  For example, Classic Home has been using the VILLA BY CLASSIC HOME trademark for home furnishing products since at least 2018, and has used variations of the mark, featuring the terms VILLA and HOME with home furnishing products since at least 2010.

15.    Through its superior quality and substantially exclusive use of VILLA BY CLASSIC HOME trademark for products related to home furnishings and interior decoration, consumers have come to associate VILLA BY CLASSIC HOME (or other variations featuring the terms VILLA and HOME) with the products provided by Classic Home.

16.    The trademark VILLA BY CLASSIC HOME as applied to home furnishing products is suggestive and/or arbitrary, and thus conceptually strong. Also, the term VILLA as applied to home furnishing products is suggestive and/or arbitrary, and thus, makes the mark inherently distinctive.

17.    Classic Home has acquired significant common law rights in VILLA BY CLASSIC HOME trademark (or other variations featuring the terms VILLA and HOME) for home furnishing products.

-4-

117817414.3

18.     Classic Home protects its brands by a variety of means, including but not limited to obtaining federal trademark registrations.  Classic Home is the owner of United States Trademark Registration No. 6,011,126 for the non-stylized wordmark VILLA BY CLASSIC HOME (the "'126 Registration").  A copy of the Registration Certificate for the '126 Registration is attached as Exhibit A.

19.     The '126 Registration shown below covers decorative 3D pillows and cushions in International Class 20 and bed linen in International Class 24.

## Villa by Classic Home

20.     The '126 Registration was filed on February 14, 2019, and issued on March 17, 2020.  The '126 Registration claims a date of first use in commerce of June 1, 2018.

21.     Classic Home is the owner of United Stated Trademark Registration No. 6,011,125 for the stylized word mark VILLA BY CLASSIC HOME (the "'125 Registration").  A copy of the Registration Certificate for the '125 Registration is attached as Exhibit B.

22.     The '125 Registration shown below covers decorative 3D pillows and cushions in International Class 20 and bed linen in International Class 24.



23.     The '125 Registration was filed on February 14, 2019, and issued on March 17, 2020.  The '125 Registration claim's a date of first use in commerce of June 1, 2018.

24.     Since at least the registration of the mark VILLA BY CLASSIC HOME, Classic Home has been continuously using the mark, including other variations of the mark featuring the terms VILLA and HOME, for a variety of home

-5-

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

furnishing products, including but not limited to, furniture, rugs, bedding, bed linen, pillows, cushions, art, mirrors, wall decors, and lighting products (together with the common law rights in VILLA BY CLASSIC HOME and other variations of the mark featuring the terms VILLA and HOUSE, the '125 Registration, the '126 Registration, and the common law rights are referred to as the "VILLA BY CLASSIC HOME Mark").

25.    Consumers recognize the VILLA BY CLASSIC HOME Mark as an indicator of source and associate the Mark with Classic Home.

**Bungalow 5's Infringement of Classic Home's Mark**

26.    On information and belief, long after Classic Home established its rights in the VILLA BY CLASSIC HOME Mark, Bungalow 5, without Classic Home's consent, began using and intends to continue using VILLA & HOUSE as a trademark and trade name in interstate commerce in connection with home furnishing products such as sculptures, furniture, lighting, art, mirrors, and wall decors (hereinafter, the "Infringing Mark."), as shown below.



655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

117817414.3

https://www.bungalow5.com/ (last visited on May 31, 2022, a copy of which is attached as Exhibit C.

27.     Based on its own representation, Bungalow 5 is transitioning its name from "Bungalow 5" to VILLA & HOUSE, as shown below:



https://www.bungalow5.com/villaandhouse.html (last visited on May 31, 2022).

28.     Bungalow 5 has announced that by mid-2022, "all digital, web, print materials, social media handles, email domains, and websites will be switched to our new name: Villa & House," and that the "bungalow5.com" website will be switched to a new website "VillaAndHouse.com." *See* https://www.bungalow5.com/villaandhouse.html (last visited on May 31, 2022).

29.     Bungalow 5 has begun using the Infringing Mark on its website and actively advertised its new name VILLA & HOUSE and/or the Infringing Mark. *See* https://www.bungalow5.com/our-catalogs (last visited on May 31, 2022, a copy of which is attached as Exhibit D).  Such a transitioning of Bungalow 5's name to VILLA & HOUSE and Bungalow 5's use of the Infringing Mark likely increases the likelihood of confusion as to the source of the goods and/or services associated with the VILLA BY CLASSIC HOME Mark and as to their relationships with other companies that are using similar marks.

30.     On information and belief, Bungalow 5 has used and continues to use the Infringing Mark in connection with advertising and sales of home furnishing products, including but not limited to, furniture, lighting, art, mirrors, wall decors, and sculptures.

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

-7-

31.     Bungalow 5's use of the Infringing Mark causes confusion or is likely to cause confusion as to the source of the goods and/or services associated with the VILLA BY CLASSIC HOME  Mark.   For example, Bungalow 5's use of the Infringing Mark incorporates the terms such as VILLA and HOUSE.  The term VILLA is the most prominent and distinctive term in the VILLA BY CLASSIC HOME Mark that is common to both the Infringing Mark and the VILLA BY CLASSIC HOME Mark.  Additionally, Bungalow's use of the term "HOUSE" as coupled with the term VILLA creates a mark that has a similar sound, appearance, and/or meaning as Classic Home's Mark, including the variations of the Mark that feature the terms VILLA and HOME.



https://www.classichome.com/footer/company/villa (Classic Home's Mark)

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

117817414.3



*See* Exhibit C (Bungalow 5's Infringing Mark)

32.     As shown above, Bungalow 5's use of the Infringing Mark in its website causes or likely to cause confusion as it prominently features home furnishing products such as pillows, cushions, and furniture next to the terms VILLA and HOUSE in a similar way as Classic Home uses its VILLA BY CLASSIC HOME Mark in Classic Home's website.  Both the Infringing Mark and the VILLA BY CLASSIC HOME Mark are used with similar or the same products that are related to home furnishings.

33.     Due to the similarity of the goods and services provided by the parties in connection with the marks, and given the similarity between Bungalow 5's Infringing Mark to Classic Home's Mark, consumers are highly likely to be confused as to the source of the goods and/or services associated with the VILLA BY CLASSIC HOME Mark, or as to the affiliation, connection, or association of Bungalow 5's home furnishing products with Classic Home.

34.     In or around April, 2022, Classic Home became aware of Bungalow 5's use of the Infringing Mark.

35.     On May 5, 2022, Classic Home sent a cease and desist letter to Bungalow 5 notifying them that Classic Home has the exclusive right to use the VILLA BY CLASSIC HOME Mark.  A copy of the letter is attached hereto

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

117817414.3

as Exhibit E.  Classic Home informed Bungalow 5 that their use of the Infringing Mark in connection with home furnishing products infringes the VILLA BY CLASSIC HOME Mark.  Classic Home demanded that Bungalow 5 cease all uses of the Infringing Mark in order to protect its tremendous goodwill associated with the VILLA BY CLASSIC HOME Mark and its exclusive trademark rights.

36.     On May 18, 2022, Bungalow 5 sent a response letter to Classic Home. Bungalow 5 refused to comply with Classic Home's demand that Bungalow 5 cease their use of the Infringing Mark.

37.     As of the date of this Complaint, Bungalow 5 is still using, and continues to use, the Infringing Mark without Classic Home's consent, even after they were given notice of their infringement of the VILLA BY CLASSIC HOME Mark.  Bungalow 5's such infringement constitutes willful infringement of Classic Home's rights in the VILLA BY CLASSIC HOME Mark.

38.     On information and belief and after a reasonable opportunity for further investigation or discovery, Classic Home is likely to have further evidentiary support of Bungalow 5's use of the Infringing Mark and its willful infringement of the VILLA BY CLASSIC HOME Mark.

## COUNT I

### (Infringement of a Federally Registered Trademark)

### [15 U.S.C. § 1114]

39.     Classic Home repeats and realleges each preceding paragraph as if fully set forth herein.

40.     Classic Home owns the VILLA BY CLASSIC HOME Mark and registration therefor.

41.     The above-cited acts by Bungalow 5 constitute trademark infringement of the VILLA BY CLASSIC HOME Mark in violation of 15 U.S.C. § 1114.

-10-

117817414.3

42.   Bungalow 5's use of the Infringing Mark in connection with competing products is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Bungalow 5 with Classic Home, or as to the origin, sponsorship, or approval of Bungalow 5's goods, services or commercial activities by Classic Home.

43.   Bungalow 5's use of the Infringing Mark caused and continues to cause irreparable harm to Classic Home, for which Classic Home has no adequate remedy at law.

44.   By reason of Bungalow 5's actions alleged herein, Classic Home has suffered irreparable injury to its goodwill.

45.   Classic Home is entitled to recover the yet undetermined amounts specified in 15 U.S.C. § 1117, including, at Classic Home's option, the amounts in 15 U.S.C. § 1117(c).

46.   Classic Home has requested that Bungalow 5 cease and desist from their acts of trademark infringement and has given Bungalow 5 actual notice of Classic Home's prior use and registration of the VILLA BY CLASSIC HOME Mark, but Bungalow 5 continues to engage in such acts, thereby making Bungalow 5's infringement willful.

47.   Classic Home has no adequate remedy at law inasmuch as money damages alone would not compensate Classic Home for the permanent loss of its proprietary rights, established goodwill and business reputation from the infringement caused by Bungalow 5's use of the Infringing Mark.  Unless this Court acts to enjoin Bungalow 5, their acts herein complained of will cause irreparable damage to Classic Home's property rights, goodwill, and reputation and will cause great and irreparable damage to Classic Home.

117817414.3

1

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ⬛ ROCA

## COUNT II

### (Trademark Infringement)

### [15 U.S.C. § 1125(a)]

48.     Classic Home repeats and realleges each preceding paragraph as if fully set forth herein.

49.     Classic Home owns the VILLA BY CLASSIC HOME Mark.  Classic Home has used the VILLA BY CLASSIC HOME Mark in connection with home furnishing products since as early as 2018, and has used other variations of the Mark featuring the terms VILLA and HOME with hone furnishing products since at least 2010.  The VILLA BY CLASSIC HOME Mark is distinctive of the goods and services of Classic Home.

50.     The above-cited acts by Bungalow 5 constitute trademark infringement and/or unfair competition in violation of 15 U.S.C. § 1125.

51.     Bungalow 5's use of the Infringing Mark in connection with competing products is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Bungalow 5 with Classic Home, or as to the origin, sponsorship, or approval of Bungalow 5's goods, services or commercial activities by Classic Home.

52.     Bungalow 5's use of the Infringing Mark caused and continues to cause irreparable harm to Classic Home, for which Classic Home has no adequate remedy at law.

53.     By reason of Bungalow 5's actions alleged herein, Classic Home has suffered irreparable injury to its goodwill.

54.     Classic Home is entitled to recover the yet undetermined amounts specified in 15 U.S.C. § 1117.  On information and belief, Bungalow 5 was aware of Classic Home's prior use and registration of the VILLA BY CLASSIC HOME Mark, thus making Bungalow 5's infringement willful.

117817414.3

## COUNT III

### (Common Law Trademark Infringement)

55.     Classic Home repeats and realleges each preceding paragraph as if fully set forth herein.

56.     The Court has jurisdiction over this Claim pursuant to 27 U.S.C. § 1367.

57.     Classic Home owns the VILLA BY CLASSIC HOME Mark.  Classic Home has used the VILLA BY CLASSIC HOME Mark in connection with home furnishing products since as early as 2018, and has used other variations of the Mark featuring the terms VILLA and HOME with hone furnishing products since at least 2010.  The VILLA BY CLASSIC HOME Mark is inherently distinctive and/or has acquired secondary meaning and is valid common law trademark.

58.     Bungalow 5 could have chosen any number of alternative non-infringing marks or tradenames, but instead chose to use the Infringing Mark.

59.     Bungalow 5's use of the Infringing Mark in connection with competing products is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Bungalow 5 with Classic Home or as to the origin, sponsorship, or approval of Bungalow 5's goods, services or commercial activities by Classic Home, thereby causing damage to the business reputation of Classic Home and diluting the distinctive qualities and values of Classic Home's Mark.

60.     On information and belief, Bungalow 5's use of the Infringing Mark is done with improper motive and reckless indifference to Classic Home's rights.

61.     Bungalow 5's conduct has damaged Classic Home, and Bungalow 5 has been unjustly enriched by their acts.

62.     Bungalow 5's use of the Infringing Mark caused and continues to cause irreparable harm to Classic Home, for which Classic Home has no adequate remedy at law.

-13-

**COUNT IV**

**(Unfair Competition Under Cal. Civ. Code §17200 *et seq.*)**

63.     Classic Home repeats and realleges each preceding paragraph as if fully set forth herein.

64.     The Court has jurisdiction over this Claim pursuant to 27 U.S.C. § 1367.

65.     The above-cited acts by Bungalow 5 constitute unfair competition in violation of California Business and Professions Code § 17200 *et seq*.

66.     Classic Home has been injured by Bungalow 5's unfair competition by reason of the likelihood that customers, potential customers, businesses, retailers, and distributors are likely to be confused as to the source or affiliation, sponsorship or approval of Bungalow 5's and/or Classic Home's products.

67.     By reason of Bungalow 5's actions alleged herein, Classic Home has suffered irreparable injury to its goodwill.

68.     On information and belief, Bungalow 5's acts of unfair competition have been willful and taken without regard to the established rights of Classic Home.

**COUNT V**

**(California Common Law Unfair Competition)**

69.     Classic Home repeats and realleges each preceding paragraph as if fully set forth herein.

70.     The Court has jurisdiction over this Claim pursuant to 27 U.S.C. § 1367.

71.     The above-cited acts by Bungalow 5 constitute unfair competition and passing off in violation of the California common law.

72.     Classic Home has been damaged by Bungalow 5's unfair competition and passing off by reason of the likelihood that customers, potential customers, businesses, retailers, and distributors are likely to be confused as to the source or

-14-

affiliation, sponsorship or approval of Bungalow 5's and/or Classic home's products.

73.    Bungalow 5 has passed off their goods/services as those of Classic Home.  By doing so, Bungalow 5 has also exploited the trade name or trademark of Classic Home.

74.    Bungalow 5 has fraudulently marketed their products as those of Classic Home.

75.    By reason of Bungalow 5's actions alleged herein, Classic Home has suffered irreparable injury to its goodwill.

76.    On information and belief, Bungalow 5's acts of unfair competition have been willful and taken without regard to the established rights of Classic Home.

<u>**PRAYER FOR RELIEF**</u>

WHEREFORE, Classic Home prays for:

A.    A permanent injunction restraining Bungalow 5, its officers, directors, agents, employees, representatives and all persons acting in concert with Bungalow 5, from engaging in any further trademark infringement and unfair competition;

B.    A permanent injunction restraining Bungalow 5, its officers, directors, agents, employees, representatives and all persons acting in concert with Bungalow 5, from using the Infringing Mark (or any mark or trade name confusingly similar thereto) regardless of stylization as a trademark;

C.    A permanent injunction restraining Bungalow 5, its officers, directors, agents, employees, representatives and all persons acting in concert with Bungalow 5, from using any mark or trade name or doing any act or thing likely to confuse the public that Bungalow 5's goods or services are in any way connected with Classic Home, including, but not limited to, using on the Internet the Infringing Mark, the VILLA BY CLASSIC HOME Mark or any mark or trade name confusingly similar thereto, or printing, publishing, promoting, lending or

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ROCA

-15-

distributing any advertisement, whether written, audio or video, which uses the Infringing Mark, the VILLA BY CLASSIC HOME Mark or any mark or trade name confusingly similar thereto;

D.      An order requiring Bungalow 5 to destruct all goods, advertising, literature, and other forms of promotional materials, including electronic files and materials made available on the Internet, bearing or showing the Infringing Mark or a confusingly similar mark or trade name pursuant to 15 U.S.C. § 1118;

E.      A monetary award to compensate Classic Home for the full value of its trademark stolen by Bungalow 5;

F.      Disgorgement of any profits Bungalow 5 enjoyed as a result of the use of the Infringing Mark;

G.      All damages sustained by Classic Home as a result of Bungalow 5's infringement and unlawful actions;

H.      Treble damages under the Lanham Act as a result of Bungalow 5's willful trademark infringement;

I.      Recovery of any gains, profits and advantages Bungalow 5 has obtained as a result of Bungalow 5's unlawful actions;

J.      An award to Classic Home of its costs in this action, including its reasonable attorneys' fees under at least 15 U.S.C. § 1117, and any other applicable authority;

K.      Punitive damages to punish Bungalow 5 for their malicious and wanton conduct; and

L.      Such other and further relief as the Court deems proper.

117817414.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

**LEWIS ROCA**

Dated:  June 3, 2022

Respectfully submitted,

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

By    /s/Thomas J. Daly
　　　Thomas J. Daly
　　　Siho "Scott" Yoo
　　　Kurt S. Prange

Attorneys for Plaintiff
Classic Concepts, Inc. dba Classic Home

-17-

117817414.3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JURY DEMAND

Plaintiff Classic Home demands a jury trial on all issues for which a jury trial is permitted.


Dated:  June 3, 2022                    Respectfully submitted,

LEWIS ROCA ROTHGERBER
CHRISTIE LLP


By    /s/Thomas J. Daly
Thomas J. Daly
Siho "Scott" Yoo
Kurt S. Prange

Attorneys for Plaintiff
Classic Concepts, Inc. dba Classis Home

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

LEWIS ☐ ROCA

-18-

117817414.3